# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| STANDEX ELECTRONICS, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-00360-DRC |
| v. | ) Hon. Douglas R. Cole |
| | ) |
| NAVIGATORS SPECIALTY | ) |
| INSURANCE CO, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties identified above, through their respective attorneys, that this case is hereby dismissed in its entirety, with prejudice and without costs to either party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| */s/Amanda M. Leffler* | *s/ Daniel J. Hurley* |
| Amanda M. Leffler (0075467) | Daniel J. Hurley (0034499) |
| Aleffler@Brose.com | DHurley@plunkettcooney.com |
| Paul A. Rose (0018185) | Plunkett Cooney |
| prose@brouse.com | 716 Mt. Airyshire Blvd., Suite 150 |
| Sarah M. Sears (0101340) | Columbus, OH 43235 |
| ssears@brouse.com | Tel: 614.629.3005 |
| 388 S. Main Street, Suite 500 | Fax: 614.629.3019 |
| Akron, Ohio 44311 | Email: |
| Tel: +1.330.535.5711 | *Attorney for Defendant Navigators* |
| Fax: +1.330.434.7417 | *Specialty Insurance Company* |
| *Attorneys for Plaintiff Standex* | |
| *Electronics, Inc.* | |

314456014.2

| | |
|---|---|
| -and- | -and- |
| Kay M. Brady<br>Michael J. Lynch<br>Lukus Freeman<br>K&L Gates LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222-2613<br>Tel: +1.412.355.6500<br>Fax: +1.412.355.6501<br>Kay.Brady@klgates.com<br>Michael.Lynch@klgates.com<br>Lukus.Freemen@klgates.com<br>*Pro Hac Vice Counsel for Plaintiff Standex Electronics, Inc.* | Elaine M. Pohl<br>Plunkett Cooney<br>38505 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI  48304<br>Tel: +1.248.901.4000<br>Fax: +1.248.901.4040<br>epohl@plunkettcooney.com<br>*Pro Hac Vice Counsel for Defendant Navigators Specialty Insurance Company* |

Open.17606.22371.30274320-1

314456014.2